UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSENIA LANTIGUA,

           Plaintiff,

-v-

PRIDE TECHNOLOGIES LLC AND LEO RUSSELL,

           Defendants.

CIVIL ACTION NO.: 22 Civ. 1238 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of a stipulation indicating that the parties have agreed that this matter "be stayed pending arbitration," which the Court construes as a request for an adjournment <u>sine die</u> of all case deadlines. (ECF No. 10 (the "Request")). The Request, however, provides no further detail, including, for example, whether the anticipated arbitration has even been scheduled. The Court further notes that no counsel has appeared on behalf of Defendants Leo Russell or Pride Technologies LLC, whose deadlines to respond the Complaint passed on March 16, 2022 and March 21, 2022, respectively.

Accordingly, the Request is DENIED WITHOUT PREJUDICE to a renewed request supported by a showing of good cause as to why this case should be stayed.

Dated:    New York, New York
            April 8, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge