UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSENIA LANTIGUA,

        Plaintiff,

-v-

PRIDE TECHNOLOGIES LLC and LEO RUSSELL,

        Defendants.

CIVIL ACTION NO.: 22 Civ. 1238 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request for a stay of this action pending their arbitration (ECF No. 15) is GRANTED. By **July 12, 2022**, the parties shall file a joint letter reporting on the status of their arbitration, including whether the parties have agreed to an arbitrator, whether the arbitration has been scheduled, and, if so, when the arbitration is scheduled to take place.

The Clerk of Court is respectfully directed to close ECF No. 15

Dated:     New York, New York
            May 13, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**