UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSENIA LANTIGUA,

               Plaintiff,

-v-

PRIDE TECHNOLOGIES LLC and LEO RUSSELL,

               Defendants.

CIVIL ACTION NO.: 22 Civ. 1238 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 13, 2022, the Court granted the parties' request for a stay of this action pending their arbitration, and directed the parties to file a joint letter (the "Letter") by July 12, 2022 reporting on the status of their arbitration, including whether the parties have agreed to an arbitrator, whether the arbitration has been scheduled, and, if so, when the arbitration is scheduled to take place. (ECF No. 16 (the "May 13 Order")). The parties have not filed the Letter in compliance with the May 13 Order. As a one-time courtesy, the Court sua sponte extends this deadline and directs the parties to file the Letter by **July 14, 2022**.

Dated:      New York, New York
            July 13, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**