UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSENIA LANTIGUA,

              Plaintiff,

-v-

PRIDE TECHNOLOGIES LLC and LEO RUSSELL,

              Defendants.

CIVIL ACTION NO.: 22 Civ. 1238 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 15, 2022, the Court directed the parties to file a joint letter (the "Letter") by August 29, 2022 reporting on the status of their arbitration. (ECF No. 19 (the "July 15 Order")). The parties failed to comply with the July 15 Order. As a one-time courtesy, the Court sua sponte extends this deadline and directs the parties to file the Letter by **August 31, 2022**.

Dated:    New York, New York
            August 30, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**