UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSENIA LANTIGUA,

          Plaintiff,

-v-

PRIDE TECHNOLOGIES LLC and LEO RUSSELL,

          Defendants.

CIVIL ACTION NO.: 22 Civ. 1238 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 2, 2022, the Court directed the parties to file a joint letter (the "Letter") by September 30, 2022 reporting on the status of their arbitration. (ECF No. 22 (the "September 2 Order")). The parties failed to comply with the September 2 Order. As a one-time courtesy, the Court sua sponte extends this deadline and directs the parties to file the Letter by **October 4, 2022**.

Dated:    New York, New York
             October 3, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**