UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSENIA LANTIGUA,

                Plaintiff,

-v-                                                  CIVIL ACTION NO.: 22 Civ. 1238 (AT) (SLC)

PRIDE TECHNOLOGIES LLC and LEO RUSSELL,              **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On October 3, 2022, the Court directed the parties to file a joint letter (the "Letter") by December 2, 2022 reporting on the status of their arbitration. (ECF No. 25 (the "Oct. 3 Order")). The parties failed to comply with the Oct. 3 Order. As a one-time courtesy, the Court <u>sua sponte</u> extends this deadline and directs the parties to file the Letter by **December 6, 2022**.

Dated:        New York, New York
                December 5, 2022

                                                            SO ORDERED.

                                                            _____
                                                            **SARAH L. CAVE**
                                                            **United States Magistrate Judge**