UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSENIA LANTIGUA,

          Plaintiff,

-v-

PRIDE TECHNOLOGIES LLC and LEO RUSSELL,

          Defendants.

CIVIL ACTION NO.: 22 Civ. 1238 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 15, 2023, the Court directed the parties to file a joint letter (the "Letter") by May 19, 2023 reporting on the status of their arbitration. (ECF No. 34 (the "Mar. 15 Order")). The parties failed to comply with the Mar. 15 Order. As a one-time courtesy, the Court sua sponte extends this deadline and directs the parties to file the Letter by **May 23, 2023**.

Dated:    New York, New York
            May 22, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**