UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSENIA LANTIGUA,

              Plaintiff,

-v-

PRIDE TECHNOLOGIES LLC and LEO RUSSELL,

              Defendants.

CIVIL ACTION NO.: 22 Civ. 1238 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 23, 2023, the Court directed the parties to file a joint letter (the "Letter") by September 22, 2023, reporting on the status of their arbitration. (ECF No. 37 (the "May. 22 Order")). The parties failed to comply with the May 22 Order. As a one-time courtesy, the Court sua sponte extends this deadline and directs the parties to file the Letter by **September 26, 2023**.

Dated:      New York, New York
             September 25, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**