UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSENIA LANTIGUA,

              Plaintiff,

-v-

PRIDE TECHNOLOGIES LLC and LEO RUSSELL,

              Defendants.

CIVIL ACTION NO.: 22 Civ. 1238 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 27, 2023, the Court directed the parties to file a joint letter (the "Letter") by November 1, 2023, reporting on the status of their arbitration. (ECF No. 40 (the "Sept. 27 Order")). The parties failed to comply with the Sept. 27 Order. As a one-time courtesy, the Court sua sponte extends this deadline and directs the parties to file the Letter by **November 3, 2023**.

Dated:    New York, New York
             November 2, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**